```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID A. PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:11-CR-00523-EFB
                                 )
12         Plaintiff,            )  ORDER VACATING COURT TRIAL,
                                 )  SETTING A TRIAL CONFIRMATION
13                               )  HEARING, SETTING A JURY TRIAL
       v.                        )  AND EXCLUDING TIME UNDER LOCAL
14                               )  CODE T4.
                                 )
15  BALWINDER SOHAL,             )  DATE: January 31, 2012
                                 )  TIME: 10:00 a.m.
16         Defendant.            )  JUDGE: Edmund F. Brennan
    _____)
17
18       It is hereby Ordered that:
19       a.  The Court Trial set for January 31, 2012 is VACATED;
20       b.  A Trial Confirmation Hearing is set for March 12, 2012
21           at 2:00 p.m.; and,
22       c.  A Jury Trial is set for March 27, 2012 at 9:30 a.m.
23       Time is excluded from today's date through March 12, 2012
24  under Local Code T4, as the Court finds that the ends of justice
25  ///
26  ///
27  ///
28  ///
```

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE